J. R. NICHOLS v. STATE.

No. A-793.   Opinion Filed September 23, 1911.

Appeal from Garfield County Court; James B. Cullison, Judge.

J. R. Nichols was convicted of violating the prohibitory law, and appeals.   Affirmed.

H. J. Sturgis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Garfield county on a charge of selling intoxicating liquors on the 17th day of February, 1910, and on the 26th day of February, thereafter, was sentenced by the court to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days.   No brief has been filed on behalf of plaintiff in error, and no apeparance made for oral argument.   The judgment of the trial court is affirmed under rule 4 of this court.

---

ED ROBINSON v. STATE.

No. A-799.   Opinion Filed September 23, 1911.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

Ed Robinson was convicted of violating the prohibitory law, and appeals.   Affirmed.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Ed Robinson was convicted in the county court of Kiowa county on the 21st day of February, 1910, on a charge of selling whisky, and his punishment fixed by the jury at a fine of four hundred dollars and imprisonment in the county jail for a period of one hundred twenty days.   Judgment was pronounced by the court on the same date in accordance with the verdict.   The appeal was filed in this court on the 11th day of June, 1910.   No brief has been filed on behalf of the plaintiff in error, and no apeparance made for oral argument.   The judgment of the trial court is affirmed, under rule 4 of this court.